1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9

10 | MARION DEVLIN and ROBERT DEVLIN,
husband and wife and the marital community

11 | composed thereof,

No. C08-1594-JCC

12 |        Plaintiffs,

**STIPULATION AND PROPOSED
ORDER OF DISMISSAL**

13 |   v.

14 | HOLLAND AMERICA LINE INC.;
HOLLAND AMERICA LINE N.V.;

15 | HOLLAND AMERICA LINE; HOLLAND
AMERICA LINE - USA INC.; HAL

16 | NEDERLAND N.V.; and all "HAL
COMPANIES",

17

       Defendants.

18

19 |        **STIPULATION**

20 |   **COME NOW** Plaintiffs MARION DEVLIN and ROBERT DEVLIN and Defendants

21 | HOLLAND AMERICA LINE INC.; HOLLAND AMERICA LINE N.V.; HOLLAND

22 | AMERICA LINE; HOLLAND AMERICA LINE - USA INC.; HAL NEDERLAND N.V,

23 | through their respective counsel, and stipulate to the entry of an Order of Dismissal of

STIPULATION AND PROPOSED ORDER OF DISMISSAL
No. CV08-1594 JCC – Page 1

1

Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for

2

the reason that the named parties have reached final settlement in this matter.

3

4    DATED this 4th day of May, 2009.

5

6                                              s/Robert B. Kornfeld
                                               Robert B. Kornfeld
7                                              Kornfeld, Trudell, Bowen & Lingenbrink, PLLC
                                               3724 Lake Washington Blvd NE
8                                              Kirkland, WA  98033
                                               Phone: 425-893-8989
9                                              Fax:    425-893-8712
                                               Email: rob@kornfeldlaw.com
10

11
                                               s/Louis A. Shields
12                                             Louis A. Shields, WSBA #25740
                                               Nielsen Shields PLLC
13                                             600 Stewart Street, Suite 1703
                                               Seattle, WA  98101
14                                             Phone: 206-728-1300
                                               Fax:    206-728-1302
15                                             las@nielsenshields.com
                                               Attorney for Defendants
16

17

18

19

20

21

22

23

NIELSEN ▪ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

1

2
ORDER

3
Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby

4
dismissed with prejudice, and without costs.

5
DATED this 5th day of May, 2009.

6

7

8
_____

9
John C. Coughenour
UNITED STATES DISTRICT JUDGE

10

11

12
Presented By:

13
NIELSEN SHIELDS, PLLC

14
By _Louis A. Shields_____
LOUIS A. SHIELDS, WSBA #25740

15
Nielsen Shields, PLLC
600 Stewart St. Suite 1703

16
Seattle, WA 98101
Phone: 206.728.1300

17
Fax:    206.728.1302
Email: las@nielsenshields.com

18
Attorneys for Defendant

19

20

21

22

23

NIELSEN ▪ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

20617 ld160305

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

     Robert B. Kornfeld
     Kornfeld, Trudell, Bowen & Lingenbrink, PLLC
     3724 Lake Washington Blvd NE
     Kirkland, WA  98033

     I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

     Signed at Seattle, Washington.

          *s/Debra A. Young*
          Legal Assistant
          600 Stewart Street, Suite 1703
          Seattle, Washington 98101
          Telephone:  206-728-1300
          Facsimile:  206-728-1302
          day@nielsenshields.com

STIPULATION AND PROPOSED ORDER OF DISMISSAL
No. CV08-1594 JCC – Page 4

**NIELSEN ▪ SHIELDS**
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300